BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Joan L. Solomont ) | Case No. 08-19250-JNF |
| ) | |
| Debtor ) | |

**DEBTOR'S OPPOSITION TO THE MOTION OF HINGHAM INSTITUTION FOR SAVINGS BANK FOR RELIED FROM STAY**

Now comes Joan L. Solomont ("Debtor"), Chapter 11 Debtor, and respectfully submits her opposition to the Motion of Hingham Institution for Savings Bank ("Hingham") for Relief From Stay as follows:

1.  Admit.

2.  Admit.

3.  Admit.

4.  Admit.

5.  Admit.

6.  Deny. Further responding, the Debtor states that the property is encumbered by mortgages totaling approximately $3,850,000, that certain of the mortgages set forth in Hingham's motion have been discharged, and that certain of the existing mortgages are cross collateralized by the property referenced in paragraph 7 of Hingham's Motion.

7.  Deny. Further responding, the Debtor states that the property is encumbered by mortgages totaling approximately $3,585,000, that certain of the mortgages set forth in Hingham's motion have been discharged, and that certain of the

existing mortgages are cross collateralized by the property referenced in paragraph 7 of Hingham's Motion.

8. Admit. Further responding, the Debtor states that all post-petition payments due in the amount of $20,162.55 each have been timely made by the Debtor's non-debtor spouse.

9. The Debtor lacks sufficient knowledge to either admit or deny the averments in paragraph 9 of the Motion. Further responding, the Debtor states that she listed Hingham's claim in the amount of $2,675,000 in her bankruptcy schedules.

10. Admit that the Debtor was in arrears pre-petition for 9 monthly payments.

11. Admit. Further responding, the Debtor states that a second payment for February 2009 has been made.

12. Deny.

13. Admit.

14. Admit. Further responding, the Debtor states that the property is insured and that adequate protection payments of the regularly scheduled installments have been made to Hingham post-petition.

15. Admit.

16. Deny.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

WHEREFORE, the Debtor respectfully requests that the Court:

1. Enter an Order Denying the Motion of Hingham Institution for Savings Bank for Relief From Stay; and

2. Grant such other and further relief as is just and proper.

Joan L. Solomont
By her attorney,
/s/ Neil D. Warrenbrand
Neil D. Warrenbrand, BBO# 556938
Law Offices of Neil D. Warrenbrand
One McKinley Square
Boston, MA 02109
Tel.: (617) 720-2286
Fax: (617) 723-1710
Email: neil@warrenbrandlaw.com

Dated: February 11, 2009

**CERTIFICATE OF SERVICE**

    I, Neil D. Warrenbrand, Esquire, hereby certify that on February 11, 2009, I served the foregoing Opposition by electronic transmission (CM/ECF System) to the following:

United States Trustee

Howard B. D'Amico, Esquire
(Counsel to Commerce Bank)

Nina M. Parker, Esquire

(Counsel to Hingham Institute for Savings)

    /s/ Neil D. Warrenbrand
Neil D. Warrenbrand, BBO# 556938
Law Offices of Neil D. Warrenbrand
One McKinley Square
Boston, MA 02109
Tel.: (617) 720-2286
Fax: (617) 723-1710
Email: neil@warrenbrandlaw.com